IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BOBBY STEWART                                                                                PLAINTIFF

V.                                                           CIVIL ACTION NO. 1:17-CV-122-SA-DAS

GREEN TREE SERVICING, LLC                                                         DEFENDANT

ORDER

For all of the reasons fully explained in a separate memorandum opinion issued this same day, Defendant Green Tree Servicing LLC's Motion to Dismiss [4] is GRANTED, and all of Plaintiff Stewart's claims are DISMISSED with prejudice.

This CASE is CLOSED.

So ORDERED on this the 9th day of March, 2018.

                                            /s/ Sharion Aycock
                                          UNITED STATES DISTRICT COURT JUDGE